UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE MEADOWS OWNERS ASSOC., <br><br> Plaintiff, <br><br> v. <br><br> JAYAKRISHNAN NAIR, et al., <br><br> Defendants. | CASE NO. C19-1596-RAJ <br><br> REPORT AND RECOMMENDATION |

Defendant, proceeding pro se in this removed matter, filed a motion to proceed *in forma pauperis* (IFP). (Dkt. 1.) Defendant indicates employment at Ratner Biomedical (a "startup"), but does not provide any salary information. He indicates receipt of $11,000.00 in rental income, $800.00 in his checking account, and properties valued at $2,500,000.00. He identifies monthly expenses exceeding $20,000.00 for "property maintenance" and states he is currently in a "liquidity crisis." (*Id*. at 2.) Other cases recently filed by defendant in this Court reflect his access to even greater financial resources. *In re: the Guardianship of Omana Thankamma*, C19-1307-MJP (Dkt. 4 (August 20, 2019 recommendation to deny IFP based on $28,500.00 in income, $2,500,00.00 in property, monthly property expenses of $11,500.00, and $1,000.00 cash on hand)), and *Nair v. Copeland*, C19-1296-MJP (Dkt. 3 (August 19, 2019 recommendation to deny IFP

REPORT AND RECOMMENDATION
PAGE - 1

based on $25,300.00 in income, $2,500,00.00 in property, and monthly property expenses of $8,550.00) and August 20, 2019 payment of filing fee). *See also Nair v. Symmes*, 19-1577-MJP (Dkt. 1 (filing fee paid with complaint on October 3, 2019)).

Because it appears defendant has financial resources allowing for payment of the Court's filing fee, the Court recommends the motion to proceed IFP (Dkt. 1) be DENIED. This action should proceed only if defendant pays the $400.00 filing fee within **thirty (30) days** after entry of the Court's Order adopting this Report and Recommendation. If no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

The Court adds that this matter may be appropriate for review under 28 U.S.C. § 1915(e)(2)(B). The undersigned therefore also recommends review under § 1915(e)(2)(B), as may be prompted by either payment of the filing fee or objections to this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **fourteen (14)** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **October 25, 2019**.

DATED this 9th day of October, 2019.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2